**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| REGINA HARVEY,<br><br>          Plaintiff,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY,<br><br><br>          Defendant. | Case No.: |

**NOTICE OF REMOVAL**

Defendant Massachusetts Institute of Technology ("MIT" or "Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes the action brought by Plaintiff Regina Harvey ("Harvey" or "Plaintiff") in the Commonwealth of Massachusetts Middlesex County Superior Court, Civil Action No. 2481CV00725, to this Court. In support of this Notice, Defendant states:

1.      On or about March 15, 2024, Plaintiff filed a civil action (the "Complaint") in the Middlesex Superior Court. The action is styled as case number 2481CV00725. See Exhibit A (Complaint).

2.      Plaintiff's Complaint alleges violation of the Family and Medical Leave Act ("FMLA"), and violations of M.G.L. c. 151B.

3.      Plaintiff served Defendant with a copy of the Summons and Complaint on June 6, 2024. See Exhibit B (Return of Service).

4.      Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of all process, pleadings, and orders served upon Defendant and filed in the State Court Action are attached as Exhibit C.

1

<u>**Venue**</u>

5.      The United States District Court for the District of Massachusetts is the federal judicial district embracing the Commonwealth of Massachusetts Middlesex County Superior Court, where this action was originally filed. Therefore, pursuant to 28 U.S.C. §§ 101, 1441(a), assignment to the United States District Court for the District of Massachusetts is proper.

<u>**Grounds for Jurisdiction**</u>

6.      Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's FMLA claim, which arises under the laws of the United States.

7.      Pursuant to 28 U.S.C. § 1337(a), this Court has supplemental jurisdiction over Plaintiff's state law claim, as it relates to a claim over which this Court has original jurisdiction and forms part of the same case or controversy under Article III of the United States Constitution.

<u>**Notice of Removal is Timely**</u>

8.      Defendant was served with the Summons and Complaint on June 6, 2024. Defendant has filed this Notice of Removal within thirty (30) days of service of the Complaint and, therefore, it is timely pursuant to 28 U.S.C. § 1446(b). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999) (period for removal under 28 U.S.C. § 1446(b) begins to run only after a defendant is brought under the court's authority by service of process); *see also* Fed. R. Civ. P. 6(a)(1) ("When the period is stated in days or a longer unit of time . . . if the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday").

**Notice to State Court**

9.        Pursuant to 28 U.S.C. § 1446(d), undersigned counsel has filed this Notice of Removal, as well as a Notice of Filing of Notice of Removal, with the Clerk of the Commonwealth of Massachusetts Middlesex County Superior Court and served the same on counsel for Plaintiff.

WHEREFORE, Defendant hereby removes the State Court Action to this Court's jurisdiction.

Dated: July 8, 2024                              Respectfully submitted,

/s/ Alexandra D. Thaler
Alexandra D. Thaler (# 677785)
adthaler@constangy.com
Patrice C. Dixon (#690337)
pdixon@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
535 Boylston Street, Suite 902
Boston, MA 02116
Telephone: 617.849.7880
Facsimile: 617.849.7870

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July 2024, I filed and served this document through the electronic filing system with service by electronic mail to:

Timothy J. Perry, Esq
Perry Krumsiek LLP
One Boston Place, Suite 2600
Boston, MA 02108
tperry@pkcounsel.com

/s/ Alexandra D. Thaler
Alexandra D. Thaler

3