**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **REGINA HARVEY,**<br>    **Plaintiff,**<br><br>    **v.**<br><br><br>**MASSACHUSETTS INSTITUTE OF**<br>**TECHNOLOGY,**<br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Civil Action No.** 24-cv-11741-DJC

**JUDGMENT**

**CASPER, J.**                                                 **April 28, 2026**

        For reasons stated in D. 54, judgment for the defendants.

                                                Robert M. Farrell, Clerk

                                                /s/ Savannah Cook
                                                Deputy Clerk